## FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER* | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| ───── | ───── |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

January 31, 2022

Hon. Jesse M. Furman  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

**Re: <u>United States v. Yefrel Brito</u>**  
**19 CR 625 (JMF)**

Dear Judge Furman:

    With the consent of AUSA Justin Rodriguez, we write to request an adjournment of the sentencing in the above case currently scheduled for February 14, 2022, to a date in April 2022, subject to the court's availability. Constant lock downs at the MDC have interfered with counsel's ability to meet with Mr. Brito and properly and effectively prepare for sentence.

                                                                    Sincerely,

                                                    /S/ *Louis M. Freeman*  
                                                    Louis M. Freeman

Application GRANTED. Sentencing is hereby ADJOURNED to April 7, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #173. SO ORDERED.

February 1, 2022