

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

March 23, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Yefrel Brito
19 Cr. 625 (JMF)

Dear Judge Furman:

Louis Freeman, Karloff Commissiong and I represent Yefrel Brito in the above referenced matter. With the consent of the Government, I write to respectfully request a sixty-day adjournment of the sentence in the above-captioned matter. The case is currently on the Court's calendar for April 7, 2022.

The within request is made to allow counsel additional time to prepare a sentence submission on Mr. Brito's behalf, to review the Presentence Report with him and to gather letters of support.

I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Yefrel Brito*

Application GRANTED. Sentencing is hereby ADJOURNED to June 8, 2022, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #203. SO ORDERED.

March 23, 2022

All Parties Via ECF