UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
    -v- : 19-CR-625-3 (JMF)
 :
YEFREL BRITO, : SCHEDULING ORDER
 :
               Defendant. :
 :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the ongoing *Fatico* hearing with respect to Robert Wilson and the lack of submissions from the parties, it is hereby ORDERED that sentencing in this matter, presently scheduled for **June 8, 2022**, is ADJOURNED to **July 21, 2022,** at **3:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

    SO ORDERED.

Dated: May 31, 2022
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge