# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715 | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | WWW.AMCMLAW.COM |

July 13, 2022

**VIA E.C.F.**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to October 20, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #245. SO ORDERED.*

*July 14, 2022*

Re: <u>United States v. Yefrel Brito</u>, 19 Cr. 625 (JMF) – Request for Adjournment of Sentencing

Dear Judge Furman:

Elizabeth Macedonio, Louis Freeman and I represent Mr. Yefrel Brito in the above referenced matter. I write respectfully to request a 90-day adjournment of Mr. Brito's sentencing, scheduled for July 21, 2022, at 3:15p.m. The government takes no position with respect to this request. As a result of defense counsels' trial schedules, a 90-day adjournment would provide counsels with adequate time to prepare a full sentencing submission on Mr. Brito's behalf.

Accordingly, I request a 90-day adjournment of sentencing in this matter.

Sincerely,

Karloff C. Commissiong, Esq.

cc:   A.U.S.A. Andrew Chan
      A.U.S.A. Justin Rodriguez
      A.U.S.A. Jun Xiang