

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

November 15, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> Given the circumstances, and the fact that the requested adjournment is brief, sentencing is ADJOURNED to December 14, 2022, at 10:00 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. Absent extraordinary circumstances, this date will not be moved again. The Clerk of Court is directed to terminate Doc. #264. SO ORDERED.
>
> *[signature]*
> November 16, 2022

Re: <u>United States v. Yefrel Brito</u>
   19 Cr. 625 (JMF)

Dear Judge Furman:

    I, along with Louis Freeman and Karloff Commissiong, represent Yefrel Brito in the above referenced matter. I was assigned to represent Mr. Brito on September 4, 2019, more than three years ago, on the date of his arrest in this District. I am lead counsel in the matter. The case is on the Court's calendar for December 7, 2022, for sentencing. The Court has advised the parties that this is a "firm date."

    Yesterday I was set to commence a one-week trial before the Honorable Frederic Block in the Eastern District of New York (*United States v. Hewitt*, 19 Cr. 323). However, as my co-counsel was unable to proceed due to illness, Judge Block has rescheduled the trial with a starting date of December 5, 2022. That being the situation, if the EDNY trial proceeds as currently scheduled, I will not be able to stand next to and speak on behalf of Mr. Brito when he is sentenced before Your Honor on December 7, 2022.

    Therefore, I reluctantly ask to be excused from the appearance before Your Honor. Alternatively, as I am lead counsel and have developed a strong relationship with both the client and his family in this most serious case, if Your Honor is amenable to putting the Brito sentencing over for one week to December 14, 2022, I would make that request. The government consents to a one-week adjournment and all defense counsel are available to appear for sentencing on December 14, 2022. It is my firm belief that my client would like for me to be present at the sentence proceeding.

    I thank Your Honor for his continued consideration in this matter.

                                      Respectfully submitted,

                                      *Elizabeth E. Macedonio*
                                      Elizabeth E. Macedonio
                                      *Counsel for Defendant Yefrel Brito*

All Parties Via ECF